UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

DONNELL PERKINS,

                                        Plaintiff,

       - against -

THE CITY OF NEW YORK, ANTHONY PITRE,
BRIAN McNULTY, and ROBERT SALEM, in
their individual and official capacities,

                                 Defendants.

-----------------------------------------------------------------------

**DEFENDANTS CITY, PITRE, AND MCNULTY'S ANSWER TO THE COMPLAINT**

24-cv-6366 (CLP)

Jury Trial Demanded

        Defendants City of New York, Detective Anthony Pitre, and Sgt. Brian McNulty, by their attorney Muriel Goode-Trufant, Corporation Counsel of the City of New York, for their Answer to the Complaint, respectfully allege, upon information and belief, as follows:

        1. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "1" of the Complaint, except admit that plaintiff purports to proceed as stated therein.

        2. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "2" of the Complaint, except admit upon information and belief that plaintiff was 17 years-old in 1999.

        3. Deny the allegations set forth in paragraph "3" of the Complaint.

        4. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "4" of the Complaint, except admit upon information and belief that plaintiff was sentenced to a term of 22 years to life for the Dec. 25, 1999, murder of Reuben Scrubb.

1

5. Deny the allegations set forth in paragraph "5" of the Complaint.

6. Deny the allegations set forth in paragraph "6" of the Complaint.

7. Deny the allegations set forth in paragraph "7" of the Complaint.

8. Deny the allegations set forth in paragraph "8" of the Complaint.

9. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "9" of the Complaint, except admit that, upon information and belief, plainitff was convicted and sentenced for the murder of Reuben Scrubb, and his conviction later vacated and the indictment dismissed.

10. Deny the allegations set forth in paragraph "10" of the Complaint, except admit that plaintiff purports to proceed as stated therein.

11. Deny the allegations set forth in paragraph "11" of the Complaint, except admit that plaintiff purports to proceed as stated therein.

12. Deny the allegations set forth in paragraph "12" of the Complaint.

13. Deny the allegations set forth in paragraph "13" of the Complaint.

14. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "13" of the Complaint, except admit that plaintiff purports to invoke the Court's jurisdiction as stated therein.

15. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "13" of the Complaint, except admit that plaintiff purports to base venue as stated therein.

16. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the Complaint.

17. Deny the allegations set forth in paragraph "13" of the Complaint, except admit that a document purporting to be a notice of claim was served.

18. Deny the allegations set forth in paragraph "18" of the Complaint, except admit that plaintiff gave testimony at a deposition pursuant to Gen. Mun. L. 50-h.

19. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the Complaint.

20. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "20" of the Complaint.

21. Deny the allegations set forth in paragraph "21" of the Complaint, except admit that Det. Pitre was, at all times relevant to the Complaint, a member of the New York City Police Department ("NYPD") and employee of the City of New York.

22. Deny the allegations set forth in paragraph "22" of the Complaint, except admit that Sgt. McNulty was, at all times relevant to the Complaint, a member of the New York City Police Department ("NYPD") and employee of the City of New York.

23. Deny the allegations set forth in paragraph "23" of the Complaint, except admit Det. Salem was, at all times relevant to the Complaint, a member of the New York City Police Department ("NYPD") and employee of the City of New York.

24. Deny the allegations set forth in paragraph "24" of the Complaint, except admit that the City of New York is a municipal corporation duly organized under the laws of the State of New York and the City of New York.

25. Paragraph "25" sets forth no factual allegations to which a response is required.

26. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "26" of the Complaint, except admit that, on information and belief, Reuben Scrubb was shot and killed on December 25, 1999.

27. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "27" of the Complaint, except admit that, on information and belief, Ernest Brown was a witness to the shooting death of Reuben Scrubb.

28. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "28" of the Complaint, except admit that, on information and belief, Ernest Brown called 911 to report the shooting death of Reuben Scrubb.

29. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "29" of the Complaint, except admit that, on information and belief, Ernest Brown called 911 to report the shooting death of Reuben Scrubb.

30. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "30" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

31. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "31" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

32. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "32" of the Complaint, except admit that, on information and

belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

33. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "33" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

34. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "34" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

35. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "35" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

36. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "36" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

37. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "37" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

38. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "38" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

39. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "39" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

40. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "40" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

41. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "41" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

42. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "42" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

43. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "43" of the Complaint, except admit that, on information and

belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

44. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "44" of the Complaint, except admit that, on information and belief, Ernest Brown gave a statement to police on December 25, 1999, regarding the shooting death of Reuben Scrubb.

45. Deny the allegations set forth in paragraph "45" of the Complaint.

46. Admit the allegations set forth in paragraph "46" of the Complaint.

47. Deny the allegations set forth in paragraph "47" of the Complaint.

48. Admit the allegations set forth in paragraph "48" of the Complaint.

49. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "49" of the Complaint.

50. Deny the allegations set forth in paragraph "50" of the Complaint.

51. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "51" of the Complaint, except admit that an Infiniti Q45 was stopped on December 28, 1999, by a police officer.

52. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "52" of the Complaint, except admit that Maurice Mayo was within the vehicle that was stopped on Dcember 28, 1999.

53. Deny the allegations set forth in paragraph "53" of the Complaint.

54. Deny the allegations set forth in paragraph "54" of the Complaint.

55. Deny the allegations set forth in paragraph "55" of the Complaint, except admit that it became known to the investigation that Kareem was a suspect in another shooting in another precinct.

56. Deny the allegations set forth in paragraph "56" of the Complaint.

57. Admit the allegations set forth in paragraph "57" of the Complaint.

58. Deny the allegations set forth in paragraph "58" of the Complaint.

59. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "59" of the Complaint, except admit that Det. Pitre and Sgt. McNulty were with Ernest Brown on December 30, 1999.

60. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "60" of the Complaint.

61. Deny the allegations set forth in paragraph "61" of the Complaint.

62. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "62" of the Complaint, except admit that two Infiniti Q45s were parked in the vicinity of 67 Stuyvesant Avenue on December 30, 1999.

63. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "63" of the Complaint, except admit that Ernest Brown identified an Infiniti Q45 as the vehicle used in the shooting of Reuben Scrubb.

64. Deny the allegations set forth in paragraph "64" of the Complaint.

65. Deny the allegations set forth in paragraph "65" of the Complaint.

66. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "66" of the Complaint, except admit that Ernest Brown identified Kareem Mayo from a photo array as the individual who shot Reuben Scrubb.

67. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "67" of the Complaint, except admit that Det. Pitre obtained a photograph of plaintiff.

68. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "68" of the Complaint, except admit upon information and belief that plaintiff and Kareem Mayo are cousins.

69. Deny the allegations set forth in paragraph "69" of the Complaint.

70. Deny the allegations set forth in paragraph "70" of the Complaint.

71. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "71" of the Complaint.

72. Deny the allegations set forth in paragraph "72" of the Complaint.

73. Deny the allegations set forth in paragraph "73" of the Complaint, except admit that a photo array was created including Donnell Perkins.

74. Deny the allegations set forth in paragraph "74" of the Complaint.

75. Deny the allegations set forth in paragraph "75" of the Complaint.

76. Deny the allegations set forth in paragraph "76" of the Complaint, including all sub-parts.

77. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "77" of the Complaint.

78. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "78" of the Complaint.

79. Deny the allegations set forth in paragraph "79" of the Complaint.

80. Deny the allegations set forth in paragraph "80" of the Complaint.

81. Deny the allegations set forth in paragraph "81" of the Complaint.

82. Deny the allegations set forth in paragraph "82" of the Complaint.

83. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "83" of the Complaint.

84. Deny the allegations set forth in paragraph "84" of the Complaint.

85. Deny the allegations set forth in paragraph "85" of the Complaint.

86. Deny the allegations set forth in paragraph "86" of the Complaint.

87. Deny the allegations set forth in paragraph "87" of the Complaint.

88. Deny the allegations set forth in paragraph "88" of the Complaint.

89. Deny the allegations set forth in paragraph "89" of the Complaint.

90. Deny the allegations set forth in paragraph "90" of the Complaint.

91. Deny the allegations set forth in paragraph "91" of the Complaint.

92. Deny the allegations set forth in paragraph "92" of the Complaint.

93. Deny the allegations set forth in paragraph "93" of the Complaint.

94. Deny the allegations set forth in paragraph "94" of the Complaint.

95. Deny the allegations set forth in paragraph "95" of the Complaint.

96. Deny the allegations set forth in paragraph "96" of the Complaint.

97. Deny the allegations set forth in paragraph "97" of the Complaint.

98. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "98" of the Complaint.

99. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "99" of the Complaint.

100. Deny the allegations set forth in paragraph "100" of the Complaint, except admit that Ernest Brown identified plaintiff in a lineup.

101. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "101" of the Complaint

102. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "102" of the Complaint

103. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "103" of the Complaint

104. Deny the allegations set forth in paragraph "104" of the Complaint.

105. Deny the allegations set forth in paragraph "105" of the Complaint, except admit that Det. Pitre signed the criminal court complaint against plaintiff.

106. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "106" of the Complaint

107. Deny knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph "107" of the Complaint, except admit that, upon information and belief, plainitff was convicted and sentenced for the murder of Reuben Scrubb, and his conviction later vacated and the indictment dismissed.

108. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "108" of the Complaint, except admit that Ernest Brown was a witness in the grand jury and identified plaintiff as the passenger in the vehicle driven in connection with the shooting death of Reuben Scrubb.

109. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "109" of the Complaint, except admitted that plaintiff was indicted in connection with the shooting death of Reuben Scrubb.

110. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "110" of the Complaint and all sub-parts.

111. Admit the allegations set forth in paragraph "111" of the Complaint.

112. Deny the allegations set forth in paragraph "112" of the Complaint.

113. Deny the allegations set forth in paragraph "113" of the Complaint.

114. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "114" of the Complaint.

115. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "115" of the Complaint.

116. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "116" of the Complaint.

117. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "117" of the Complaint.

118. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "118" of the Complaint.

119. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "119" of the Complaint.

120. Deny the allegations set forth in paragraph "120" of the Complaint.

121. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "121" of the Complaint, except admit upon information and belief that Ernest Brown identified plaintiff in court.

122. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "122" of the Complaint.

123. Deny the allegations set forth in paragraph "123" of the Complaint.

124. Admit the allegations set forth in paragraph "124" of the Complaint.

125. Admit the allegations set forth in paragraph "125" of the Complaint.

126. Deny the allegations set forth in paragraph "126" of the Complaint and respectfully refer the Court to the documents cited.

127. Admit the allegations set forth in paragraph "127" of the Complaint.

128. Admit the allegations set forth in paragraph "128" of the Complaint.

129. Admit the allegations set forth in paragraph "129" of the Complaint.

130. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "130" of the Complaint

131. In response to the allegations contained in paragraph "131" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

132. Deny the allegations set forth in paragraph "132" of the Complaint.

133. Deny the allegations set forth in paragraph "133" of the Complaint.

134. Paragraph "133" contains conclusions of law, rather than averments of fact, and thus no response is required.

135. Deny the allegations set forth in paragraph "135" of the Complaint.

136. In response to the allegations contained in paragraph "136" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

137. Deny the allegations set forth in paragraph "137" of the Complaint.

138. In response to the allegations contained in paragraph "138" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

139. Deny the allegations set forth in paragraph "139" of the Complaint.

140. Deny the allegations set forth in paragraph "140" of the Complaint.

141. Deny the allegations set forth in paragraph "141" of the Complaint.

142. Deny the allegations set forth in paragraph "142" of the Complaint.

143. Deny the allegations set forth in paragraph "143" of the Complaint.

144. Deny the allegations set forth in paragraph "144" of the Complaint.

145. Deny the allegations set forth in paragraph "145" of the Complaint.

146. Deny the allegations set forth in paragraph "146" of the Complaint.

147. In response to the allegations contained in paragraph "147" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

148. Deny the allegations set forth in paragraph "148" of the Complaint.

149. Deny the allegations set forth in paragraph "149" of the Complaint.

150. Deny the allegations set forth in paragraph "150" of the Complaint.

151. Deny the allegations set forth in paragraph "151" of the Complaint.

152. Deny the allegations set forth in paragraph "152" of the Complaint.

153. Deny the allegations set forth in paragraph "153" of the Complaint.

154. In response to the allegations contained in paragraph "154" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

155. Deny the allegations set forth in paragraph "155" of the Complaint.

156. Deny the allegations set forth in paragraph "156" of the Complaint.

157. Deny the allegations set forth in paragraph "157" of the Complaint.

158. Deny the allegations set forth in paragraph "158" of the Complaint.

159. Deny the allegations set forth in paragraph "159" of the Complaint.

160. Deny the allegations set forth in paragraph "160" of the Complaint.

161. Deny the allegations set forth in paragraph "161" of the Complaint.

162. Deny the allegations set forth in paragraph "162" of the Complaint.

163. In response to the allegations contained in paragraph "163" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

164. Deny the allegations set forth in paragraph "164" of the Complaint.

165. In response to the allegations contained in paragraph "165" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

166. Deny the allegations set forth in paragraph "166" of the Complaint.

167. Deny the allegations set forth in paragraph "167" of the Complaint.

168. Deny the allegations set forth in paragraph "168" of the Complaint.

169. Deny the allegations set forth in paragraph "169" of the Complaint.

170. Deny the allegations set forth in paragraph "170" of the Complaint.

171. In response to the allegations contained in paragraph "170" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

172. Deny the allegations set forth in paragraph "172" of the Complaint.

173. Paragraph "173" of the Complaint consists of legal conclusions to which no response is required.

174. Paragraph "174" of the Complaint consists of legal conclusions to which no response is required.

175. Deny the allegations set forth in paragraph "175" of the Complaint.

176. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "176" of the Complaint

177. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "177" of the Complaint and respectfully refer the Court to the documents cited.

178. Paragraph "178" of the Amended Complaint consists of legal conclusions to which no response is required.

179. Deny the allegations set forth in paragraph "179" of the Complaint.

180. Deny the allegations set forth in paragraph "180" of the Complaint.

181. Deny the allegations set forth in paragraph "181" of the Complaint.

182. Deny the allegations set forth in paragraph "182" of the Complaint.

183. Deny the allegations set forth in paragraph "183" of the Complaint.

184. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "184" of the Complaint and respectfully refer the Court to the documents cited.

185. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "185" of the Complaint and respectfully refer the Court to the documents cited.

186. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "186" of the Complaint and respectfully refer the Court to the documents cited.

187. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "187" of the Complaint and respectfully refer the Court to the documents cited.

188. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "188" of the Complaint and respectfully refer the Court to the documents cited.

189. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "189" of the Complaint and respectfully refer the Court to the documents cited.

190. Deny the allegations set forth in paragraph "190" of the Complaint.

191. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "191" of the Complaint.

192. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "192" of the Complaint and respectfully refer the Court to the documents cited.

193. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "193" of the Complaint and respectfully refer the Court to the documents cited.

194. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "194" of the Complaint and respectfully refer the Court to the documents cited.

195. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "195" of the Complaint and respectfully refer the Court to the documents cited.

196. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "196" of the Complaint.

197. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "197" of the Complaint.

198. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "198" of the Complaint.

199. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "199" of the Complaint.

200. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "200" of the Complaint.

201. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "201" of the Complaint.

202. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "202" of the Complaint.

203. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "203" of the Complaint and respectfully refer the Court to the documents cited.

204. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "204" of the Complaint.

205. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "205" of the Complaint.

206. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "206" of the Complaint and respectfully refer the Court to the documents cited.

207. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "207" of the Complaint.

208. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "208" of the Complaint and respectfully refer the Court to the documents cited.

209. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "209" of the Complaint.

210. Deny the allegations set forth in paragraph "210" of the Complaint.

211. Deny the allegations set forth in paragraph "211" of the Complaint.

212. Deny the allegations set forth in paragraph "212" of the Complaint.

213. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "213" of the Complaint.

214. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "214" of the Complaint.

215. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "215" of the Complaint.

216. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "216" of the Complaint and respectfully refer the Court to the documents cited.

217. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "217" of the Complaint.

218. Deny the allegations set forth in paragraph "218" of the Complaint.

219. Deny the allegations set forth in paragraph "219" of the Complaint.

220. Deny the allegations set forth in paragraph "220" of the Complaint.

221. Deny the allegations set forth in paragraph "221" of the Complaint.

222. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "222" of the Complaint.

223. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "223" of the Complaint and respectfully refer the Court to the documents cited.

224. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "224" of the Complaint.

225. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "225" of the Complaint.

226. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "226" of the Complaint.

227. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "227" of the Complaint.

228. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "228" of the Complaint and respectfully refer the Court to the documents cited.

229. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "229" of the Complaint and respectfully refer the Court to the documents cited.

230. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "230" of the Complaint.

231. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "231" of the Complaint.

232. Deny the allegations set forth in paragraph "232" of the Complaint.

233. Deny the allegations set forth in paragraph "233" of the Complaint.

234. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "234" of the Complaint.

235. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "235" of the Complaint.

236. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "236" of the Complaint.

237. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "237" of the Complaint.

238. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "238" of the Complaint.

239. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "239" of the Complaint.

240. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "240" of the Complaint.

241. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "241" of the Complaint.

242. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "242" of the Complaint.

243. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "243" of the Complaint.

244. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "244" of the Complaint.

245. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "245" of the Complaint.

246. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "246" of the Complaint.

247. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "247" of the Complaint.

248. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "248" of the Complaint.

249. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "249" of the Complaint.

250. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "250" of the Complaint.

251. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "251" of the Complaint.

252. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "252" of the Complaint.

253. Deny the allegations set forth in paragraph "253" of the Complaint.

254. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "254" of the Complaint.

255. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "255" of the Complaint.

256. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "256" of the Complaint.

257. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "257" of the Complaint.

258. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "258" of the Complaint.

259. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "259" of the Complaint.

260. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "260" of the Complaint.

261. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "261" of the Complaint.

262. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "262" of the Complaint.

263. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "263" of the Complaint.

264. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "264" of the Complaint.

265. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "265" of the Complaint.

266. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "266" of the Complaint.

267. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "267" of the Complaint.

268. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "268" of the Complaint.

269. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "269" of the Complaint.

270. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "270" of the Complaint.

271. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "271" of the Complaint.

272. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "272" of the Complaint.

273. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "273" of the Complaint.

274. Deny the allegations set forth in paragraph "274" of the Complaint.

275. Deny the allegations set forth in paragraph "275" of the Complaint.

276. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "276" of the Complaint.

277. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "277" of the Complaint.

278. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "278" of the Complaint.

279. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "279" of the Complaint.

280. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "280" of the Complaint.

281. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "281" of the Complaint.

282. Deny the allegations set forth in paragraph "282" of the Complaint.

283. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "283" of the Complaint.

284. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "284" of the Complaint.

285. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "285" of the Complaint.

286. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "286" of the Complaint.

287. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "287" of the Complaint.

288. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "288" of the Complaint.

289. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "289" of the Complaint.

290. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "290" of the Complaint.

291. Deny the allegations set forth in paragraph "291" of the Complaint.

292. Deny the allegations set forth in paragraph "292" of the Complaint.

293. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "293" of the Complaint and respectfully refer the Court to the documents cited.

294. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "294" of the Complaint and respectfully refer the Court to the documents cited.

295. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "295" of the Complaint and respectfully refer the Court to the documents cited.

296.  Deny the allegations set forth in paragraph "296" of the Complaint.

297. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "297" of the Complaint and respectfully refer the Court to the documents cited.

298. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "298" of the Complaint and respectfully refer the Court to the documents cited.

299. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "299" of the Complaint.

300. Deny the allegations set forth in paragraph "300" of the Complaint.

301. Deny the allegations set forth in paragraph "301" of the Complaint.

302. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "302" of the Complaint.

303. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "303" of the Complaint.

304. Deny the allegations set forth in paragraph "304" of the Complaint.

305. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "305" of the Complaint and respectfully refer the Court to the documents cited.

306. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "306" of the Complaint and respectfully refer the Court to the documents cited.

307. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "307" of the Complaint and respectfully refer the Court to the documents cited.

308. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "308" of the Complaint and respectfully refer the Court to the documents cited.

309. Deny the allegations set forth in paragraph "309" of the Complaint.

310. Deny the allegations set forth in paragraph "310" of the Complaint.

311. Deny the allegations set forth in paragraph "311" of the Complaint.

312. Deny the allegations set forth in paragraph "312" of the Complaint.

313. Deny the allegations set forth in paragraph "313" of the Complaint.

314. Deny the allegations set forth in paragraph "314" of the Complaint.

315. In response to the allegations contained in paragraph "315" of the Complaint, defendants repeat and reallege the responses contained in the preceding paragraphs of this answer, as if fully set forth herein.

316. Paragraph "316" of the Complaint consists of legal conclusions to which no response is required.

317. Deny the allegations set forth in paragraph "317" of the Complaint.

318. Deny the allegations set forth in paragraph "318" of the Complaint and all sub-parts.

319. Deny the allegations set forth in paragraph "319" of the Complaint.

320. Deny the allegations set forth in paragraph "320" of the Complaint.

321. Deny the allegations set forth in paragraph "321" of the Complaint.

322. Deny the allegations set forth in paragraph "322" of the Complaint.

323. Deny the allegations set forth in paragraph "323" of the Complaint.

324. Deny the allegations set forth in paragraph "324" of the Complaint.

325. Deny the allegations set forth in paragraph "325" of the Complaint.

326. Deny the allegations set forth in paragraph "326" of the Complaint.

327. Admit the allegations set forth in paragraph "327" of the Complaint.

328. Deny the allegations set forth in paragraph "328" of the Complaint.

329. Deny the allegations set forth in paragraph "329" of the Complaint.

330. Deny the allegations set forth in paragraph "330" of the Complaint.

331. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "331" of the Complaint and respectfully refer the Court to the documents cited.

332. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "332" of the Complaint.

333. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "333" of the Complaint.

334. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "334" of the Complaint.

335. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "335" of the Complaint.

336. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "336" of the Complaint.

337. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "337" of the Complaint.

338. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "338" of the Complaint.

339. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "339" of the Complaint.

340. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "340" of the Complaint.

341. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "341" of the Complaint.

342. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "342" of the Complaint.

343. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "343" of the Complaint and respectfully refer the Court to the documents cited.

344. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "344" of the Complaint.

345. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "345" of the Complaint.

346. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "346" of the Complaint.

347. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "347" of the Complaint.

348. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "348" of the Complaint.

349. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "349" of the Complaint.

350. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "350" of the Complaint and respectfully refer the Court to the documents cited.

351. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "351" of the Complaint.

352. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "352" of the Complaint.

353. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "353" of the Complaint.

354. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "354" of the Complaint.

355. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "355" of the Complaint.

356. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "356" of the Complaint.

357. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "357" of the Complaint.

358. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "358" of the Complaint.

359. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "359" of the Complaint.

360. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "360" of the Complaint.

361. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "361" of the Complaint.

362. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "362" of the Complaint.

363. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "363" of the Complaint.

364. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "364" of the Complaint.

365. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "365" of the Complaint.

366. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "366" of the Complaint.

367. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "367" of the Complaint.

368. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "368" of the Complaint.

369. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "369" of the Complaint.

370. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "370" of the Complaint.

371. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "371" of the Complaint.

372. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "372" of the Complaint.

373. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "373" of the Complaint.

374. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "374" of the Complaint.

375. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "375" of the Complaint.

376. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "376" of the Complaint.

377. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "377" of the Complaint.

378. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "378" of the Complaint.

379. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "379" of the Complaint.

380. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "380" of the Complaint.

381. Deny the allegations set forth in paragraph "381" of the Complaint.

382. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "382" of the Complaint.

383. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "383" of the Complaint

384. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "384" of the Complaint.

385. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "385" of the Complaint.

386. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "386" of the Complaint and respectfully refer the Court to the documents cited.

387. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "387" of the Complaint.

388. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "388" of the Complaint.

389. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "389" of the Complaint.

390. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "390" of the Complaint.

391. Deny knowledge and information sufficient to form a belief as to the allegations set forth in paragraph "391" of the Complaint and respectfully refer the Court to the documents cited.

392. Paragraph "392" of the Complaint consists of legal conclusions to which no response is required.

393. Paragraph "393" of the Complaint consists of legal conclusions to which no response is required.

394. Admit the allegations set forth in paragraph "394" of the Complaint.

395. Paragraph "395" of the Complaint consists of legal conclusions to which no response is required.

396. Paragraph "396" of the Complaint consists of legal conclusions to which no response is required.

397. Deny the allegations set forth in paragraph "397" of the Complaint.

398. Paragraph "398" of the Complaint consists of legal conclusions to which no response is required.

399. Deny the allegations set forth in paragraph "399" of the Complaint.

400. Deny the allegations set forth in paragraph "400" of the Complaint.

**FIRST AFFIRMATIVE DEFENSE:**

401. The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE:

402. Any injury alleged to have been sustained resulted from Plaintiff's own culpable or negligent conduct and was not the proximate result of any act of defendants.

## THIRD AFFIRMATIVE DEFENSE:

403. Defendants have not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## FOURTH AFFIRMATIVE DEFENSE:

404. The individual defendants have not violated any clearly established constitutional or statutory right of which a reasonable person would have known and, therefore, are protected by qualified immunity.

## FIFTH AFFIRMATIVE DEFENSE:

405. Plaintiff may have failed to comply with New York General Municipal Law §§ 50(e), *et seq*.

## SIXTH AFFIRMATIVE DEFENSE:

406. Plaintiff's claims may be barred, in part, by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE:

407. At all times relevant to the acts alleged in the Amended Complaint, the duties and functions of the municipal defendant's officials entailed the reasonable exercise of proper and lawful discretion.  Therefore, defendant City is entitled to governmental immunity from liability.

**EIGHTH AFFIRMATIVE DEFENSE:**

408. At all times relevant to the acts alleged in the Amended Complaint, the individual defendants acted reasonably in the proper and lawful exercise of their discretion.

**NINTH AFFIRMATIVE DEFENSE**

409. There was probable cause for plaintiff's arrest, detention, and prosecution.

**WHEREFORE,** defendants request judgment dismissing the Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
            January 17, 2025

                              **MURIEL GOODE-TRUFANT**
                              Corporation Counsel of the
                                City of New York
                              *Attorney for Defendants City of New York, Pitre,
                              and McNulty*
                              100 Church Street
                              New York, New York 10007
                              (212) 356-2486

                              By: _____/s/_____
                                  Hannah V. Faddis
                                  Special Federal Litigation Division

cc:     VIA ECF
        *All Counsel of Record*

37