

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

June 26, 2025

**VIA ECF**
Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Donnell Perkins v. City of New York, et al.,
                24-CV-6366 (CLP)

                Kareem Mayo v. City of New York, et al.,
                24-CV-6403 (CLP)

Your Honor:

      I am one of the attorneys assigned to represent the defendants in the above-captioned matters. Defendants write to respectfully request a brief adjournment of the settlement conference scheduled for July 2, 2025, in these two related matters. Plaintiffs' counsel for both matters consent to this request.

      This second request for an adjournment is made in order to finalize the processes to obtain settlement authority in advance of the conference. This Office has been in communication with the Office of the Comptroller, which is working to complete these steps in advance of the conference scheduled for July 2, 2025. However, in order to ensure that defendants are prepared to attend this conference with the necessary authority, we are respectfully requesting a brief adjournment. Counsel for all parties are available for a phone conference on: July 14, 21, 23, and 29-31.[1]

      Defendants also write to confirm that a representative of the Office of the Comptroller will be available by phone during the conference and that the defendants will be represented by counsel, but the individual defendants will not be in attendance

---

[1] Counsel for Mr. Mayo will be out of town July 29-31, but available for a conference by phone.

Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

/s/
Hannah V. Faddis
Special Federal Litigation Division

cc: **<u>VIA ECF</u>**
*All Counsel of Record*