UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DONNELL PERKINS,

                                                    Plaintiff,

                    **NOTICE OF APPEARANCE**

-against-

                    24-cv-6366

THE CITY OF NEW YORK, ANTHONY PITRE, BRIAN
MCNULTY, and ROBERT SALEM, in their individual
and official capacities,

                                                    Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants the City of New York, Anthony Pitre, and Brian McNulty. All future notifications should be forwarded to the undersigned.

Dated:        New York, New York
                 September 24, 2025

                                                 MURIEL GOODE-TRUFANT
                                                 Corporation Counsel of the City of
                                                    New York
                                                 *Attorney for Defendants City, Pitre, and*
                                                    *McNulty*
                                                 100 Church Street,
                                                 New York, New York 10007
                                                 P: (212) 356-2670

                                                 By:    *John McLaughlin* /s/
                                                          John McLaughlin, Esq.
                                                          *Assistant Corporation Counsel*

Cc:      **VIA ECF**
             *All counsel of record.*