

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

September 24, 2025

**BY ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Donnell Perkins v. City of New York, et al.</u>,
              24-CV-6366 (AMD) (SDE)

              <u>Kareem Mayo v. City of New York, et al.</u>,
              24-CV-6403 (AMD) (SDE)

Your Honor:

      I am one of the attorneys representing defendants the City of New York, Pitre, and McNulty in the above-referenced matters. Defendants write to respectfully request: 1) that the Court permit a representative of the New York City Office of the Comptroller to participate as needed by phone, rather than appearing in person; and 2) to excuse the attendance of the individual defendants. Plaintiffs' counsel take no position on these requests.

      By way of procedural background, the settlement conference in these matters was originally scheduled for July 21, 2025, subsequently adjourned *sine die* on July 8, 2025 pending reassignment, and is currently scheduled for October 17, 2025 at 2:15 PM in Courtroom 324N pursuant to the Court's September 3, 2025 Scheduling Order.

      Defendants respectfully request that representatives from the New York City Comptroller's Office be permitted to appear telephonically rather than in person at the settlement conference. Defense counsel will appear at the conference with settlement authority and are fully familiar with the underlying facts. We will ensure that a representative of the Comptroller's Office with full settlement authority is available by telephone as necessary.

      This request is made because, on any given day, the Comptroller's Office has oversight over a substantial number of settlement negotiations throughout the five boroughs, including multiple mediations and settlement conferences. Permitting telephonic participation will allow for efficient allocation of Comptroller resources while ensuring full settlement authority remains

available to the Court and parties. Based on our experience in prior settlement conferences, we believe that proceeding in this manner will facilitate productive negotiations without impeding the possibility of resolution.

      Regarding the individual defendants, both Det. Pitre and Det. McNulty are retired and live out of state. Defense counsel will be fully familiar with the underlying facts of this matter and ultimate settlement authority in these matters rests with the City. Accordingly, defendants respectfully request that the individual defendants be excused from attendance.

      Defendants thank the Court for its time and consideration of this request.

      Respectfully Submitted,

*John McLaughlin /s/*

John McLaughlin
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc: **VIA ECF**
    *All Counsel of Record*