# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

DAVID E. RUDIN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)

AMARIAH THURSTON
(PARALEGAL)

December 4, 2025

**By ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Perkins v. City of New York, et al.*
            Case No. 24-cv-6366 (AMD) (SDE)

           *Mayo v. City of New York, et al.*
            Case No. 24-cv-6403 (AMD) (SDE)

Dear Judge Eichenholtz:

      I am writing to inform the Court that the State lawsuits brought by Donnell Perkins and Kareem Mayo have settled and thus the settlement conference in this matter presently scheduled for December 17, 2025, at 10:30 a.m. can proceed as scheduled. My firm also would be available if the Court has an earlier date available for this conference.

      Additionally, since the parties last spoke with the Court about the subject of settlement, my law firm, together with two other firms acting as co-counsel, won an $80 million jury verdict in Rochester, New York, in *Estate of Darryl Boyd v. County of Erie*, 22-cv-519 (W.D.N.Y.) (MAV), a wrongful conviction case that closely parallels this one. In that case, our client, Darryl Boyd, who passed away earlier this year, served 27 1/2 years in custody and 17 years on parole following a conviction secured through evidence fabrication by Buffalo police and *Brady* violations and summation misconduct by Erie County prosecutors. As in this case, we brought individual and *Monell* claims. As in this case, our client suffered very serious mental

LAW OFFICES OF JOEL B. RUDIN, P.C.

Honorable Seth D. Eichenholtz
December 4, 2025
Page 2

and emotional harm while in prison for a crime he did not commit, and such mental anguish continued after his release. This jury verdict followed a settlement we reached with the City of Buffalo for $4.35 million, for a total recovery (subject to the County's appeal) of $84.35 million plus costs and fees. It also follows a verdict of $28 million (plus costs and fees) we won earlier in the year for Mr. Boyd's original co-defendant, John Walker, who served 17 years in prison plus four years on work release and 17 years on parole, in *John Walker, Jr. v. County of Erie, 22-cv-520* (W.D.N.Y.) (MAV). Mr. Walker also settled his City of Buffalo claims for $4.35 million. I bring up these two cases because they are relevant in evaluating the amount of a potential recovery if the Perkins/Mayo case went to trial, and thus what a fair and reasonable settlement would look like.

Thank you for your consideration and we look forward to the conference.

Respectfully submitted,

Joel B. Rudin

JBR/at

cc:   Haddah Faddis, Esq. (by ECF)
      *Attorney for Defendants*

      Ron Kuby, Esq. (by email)
      *Attorney for Plaintiff Kareem Mayo*