

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

January 13, 2026

**VIA ECF**
Hon. Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Donnell Perkins v. City of New York, et al.,
              24-CV-6366 (AMD)(SDE)

              Kareem Mayo v. City of New York, et al.,
               24-CV-6403 (AMD)(SDE)

Your Honor:

    I am one of the attorneys assigned to represent the defendants in the above-captioned matters. Defendants write to respectfully request a one-week enlargement of time to respond to the Court's settlement recommendations from January 15 to January 22, 2026. Plaintiffs' counsel for both matters consent to this request.

    The enlargement request is made to provide the NYC Office of the Comptroller additional time to complete their review of these matters in connection with the Court's recommendations.

    Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

/s/ 

Hannah V. Faddis
Special Federal Litigation Division

cc:    **VIA ECF**
      *All Counsel of Record*