

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**RACHEL SELIGMAN WEISS**
Phone: (212) 356-2422
Fax: (212) 356-1148
rseligma@law.nyc.gov

July 21, 2026

**BY ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Perkins v. City of New York, et al.,
       24-CV-6366 (AMD) (SDE)

Your Honor:

   I write on behalf of Defendants the City of New York, Anthony Pitre, and Brian McNulty (collectively, "Defendants") in this matter to respectfully request: (1) an extension of time until September 4, 2026 to complete all depositions (except for *Monell* related depositions) and; (2) and an adjournment of the August 5, 2026 status conference to a date and time convenient to the Court after September 4, 2026. Plaintiff's counsel does not consent to these requests.

   At the status conference held in this matter on May 27, 2026, in relevant part, Your Honor ordered the parties to set a schedule for the completion of all depositions, with the exception of *Monell*-related depositions.  Your Honor further ordered these depositions to be completed during the month of July and scheduled an in-person status conference for August 5, 2026 at 10:30 a.m.

   In accordance with Your Honor's instruction, the parties scheduled several depositions to be completed this month. However, these depositions were recently canceled because Hannah Faddis, who is the defense attorney in this matter, is dealing with an emergent personal issue which has forced her to be out of the office.  Specifically, upon information and belief, Ms. Faddis is currently unavailable as she is managing the care of an immediate family member.[1]  As a result, the parties are unable to comply with that portion of the May 27th order requiring the completion of all non-*Monell* related depositions by the end of this month and require additional time to do so.

---

[1] Should the Court require additional details, this office can provide them on an *ex parte* basis.

2

The defendants thank the Court for its consideration of these requests.

Respectfully submitted,

/s/ *Rachel Seligman Weiss*

cc:    **VIA ECF**
       *All counsel of Record*