# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER

152 WEST 57TH STREET

EIGHTH FLOOR

NEW YORK, NEW YORK 10019

———

TELEPHONE: (212) 752-7600

FACSIMILE: (212) 980-2968

E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

———

DAVID E. RUDIN
SAM THYPIN-BERMEO
SAM KUHN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

July 21, 2026

**By ECF**

Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: _Perkins v. City of New York, et al._, 24-CV-6366

Your Honor:

I write on behalf of Plaintiff Donnell Perkins in response to Defendants' request for an extension of time to complete certain depositions and an adjournment of the August 5, 2026, status conference. Dkt. 35.

Plaintiff, of course, consents to an extension of time due to Ms. Faddis's personal emergency, as I indicated to Ms. Seligman. However, Plaintiff is concerned that significant discovery delays already have occurred, despite prior judicial intervention, on account of Law Department delays, and believes a conference would be the best way to move this case forward. We of course defer to the Court's expertise and discretion in this regard.

We sent out deposition notices for fact witnesses on April 14, 2026, but Ms. Faddis requested the depositions be delayed until July, over our objection; the Court then ordered a July 31 deadline. I will be taking the key deposition in this case, that of the assigned case detective and principal individual defendant, retired Det. Anthony Pitre. It was scheduled for July 23, before Ms. Faddis requested to reschedule it for personal reasons, which we agreed to. The deposition of a non-party witness, retired Det. Donohue, is scheduled for July 28. The deposition of retired Det.-Defendant McNulty is scheduled for August 6. Since April, we have been trying to find out from Ms. Faddis why the City listed former Brooklyn ADA McNaboe on its Rule 26(a) disclosure, but Ms. Faddis didn't know and said she would find out, but never has. We reserve the right to depose him as well.

I have only limited days available to reschedule Det. Pitre (August 18 or 19, September 1, 2 or 3) before the City's suggested deadline of September 4, but we did not hear back from the City after agreeing to Ms. Faddis's request on July 10 to reschedule it. My concern is that if she's not available on one of these dates, or if she needs further time away from work, it'll be

LAW OFFICES OF JOEL B. RUDIN, P.C.

Honorable Seth D. Eichenholtz
July 21, 2026
Page 2

postponed indefinitely.  David Rudin will be handling the other depositions and has more availability.  There continue to be *Monell* discovery issues, which we are preparing to write the Court about well before the August 5 conference.

Respectfully submitted,

/s/ Joel B. Rudin
Joel B. Rudin

cc:    Hannah V. Faddis (via ECF)
       Rachel A. Seligman (via ECF)

       *Attorneys for Defendants*

2