# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER

152 WEST 57TH STREET

EIGHTH FLOOR

NEW YORK, NEW YORK 10019

———

TELEPHONE: (212) 752-7600

FACSIMILE: (212) 980-2968

E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

———

DAVID E. RUDIN
SAM THYPIN-BERMEO
SAM KUHN
PARTHA SHARMA

JACOB "COBY" LOUP
DAVID S. KEENAN
(OF COUNSEL)
AMARIAH THURSTON
(PARALEGAL)

August 4, 2026

**By ECF**

Honorable Ann M. Donnelly
United State District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Perkins v. City of New York, et al.*, 24-CV-6366 (AMD)(SDE)

Your Honors:

I write to inform the Court that the parties in this matter have reached a settlement agreement. The parties will work on submitting the standard settlement paperwork being prepared by the City as quickly as possible. We request that the Court retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

/s/ Joel B. Rudin
Joel B. Rudin

cc:    Rachel A. Seligman (via ECF)
        Hannah V. Faddis (via ECF)

*Attorneys for Defendants*