UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

DONNELL PERKINS,

Plaintiff,

-against-

THE CITY OF NEW YORK, ANTHONY PITRE, BRIAN McNULTY, and ROBERT SALEM, in their individual and official capacities,

Defendants.
---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

24CV06366 (AMD) (SDE)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
August 19, 2026

LAW OFFICES OF JOEL B. RUDIN, P.C.
*Attorneys for Plaintiff*
152 West 57th Street, 8th Floor
New York, NY 10019
(212) 752-7600

By: ______________________________
Joel B. Rudin
*Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Pitre, and McNulty*
100 Church Street, 3rd Floor
New York, New York 10007

By: ______________________________

Hannah V. Faddis
*Special Federal Litigation Division*

SO ORDERED:

______________________________
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _______________, 2026